```
                      UNITED STATES DISTRICT COURT
                           DISTRICT OF MAINE


MICHAEL THOMPSON,              )
                               )
          Petitioner,          )
                               )
     v.                        )      Civil No. 04-106-B-W
                               )
WARDEN, MAINE STATE PRISON,    )
                               )
          Respondent.          )
```

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 5, 2005 his Recommended Decision (Docket #20). The Petitioner filed his objections to the Recommended Decision on June 13, 2005 (Docket #25) and the Respondent field its response to those objections on June 15, 2005 (Docket #26). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

    2.    It is further <u>ORDERED</u> that Petitioner's 28 U.S.C. § 2254 Petition (Docket #15) is <u>DENIED</u>.[1]

SO ORDERED.

                                        /s/ John A. Woodcock, Jr.
                                        JOHN A. WOODCOCK, JR.
                                        UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2005

---

[1] There is some question whether the Recommended Decision recommends denial or dismissal of the 28 U.S.C. § 2254 Petition. At the end of the first paragraph, the Magistrate Judge recommends "that the court *deny the petitions on the merits*." Rec. Dec. at 1 (emphasis added). However, in his conclusion, the Magistrate Judge states: "I deny the petitioner's motion to strike [Respondent's Motion to Dismiss] and recommend that the petition for a writ of habeas corpus be **DISMISSED** without a hearing." *Id*. at 10. The Recommended Decision addressed the merits of Petitioner's one claim not procedurally defaulted and rejected that claim after reviewing the evidence. Therefore, this Court concludes the Recommended Decision recommends denial, rather than dismissal, of Petitioner's 28 U.S.C. § 2254 Petition.